IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

| | |
|---|---|
| MARY BETH TRUMP, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: <u>7:19cv793</u> |
| SELECT PORTFOLIO SERVICING, INC., <u>ET</u> <u>AL</u>., | ) |
| Defendants. | ) |

**FINANCIAL DISCLOSURE STATEMENT OF
<u>DEFENDANT, DLJ MORTGAGE CAPITAL, INC.</u>**

Pursuant to this Court's May 15, 2000 Standing Order regarding corporate disclosures, and to enable district and magistrate judges to evaluate possible disqualification or recusal, Defendant, DLJ Mortgage Capital Inc. ("DLJ"), by counsel, certifies the following regarding parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

1.  DLJ is a non-governmental corporate party;

2.  DLJ is a wholly-owned subsidiary of Credit Suisse (USA), Inc. Credit Suisse (USA), Inc. is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc. Credit Suisse Holdings (USA), Inc. is a jointly-owned subsidiary of (1) Credit Suisse Group AG, (2) Credit Suisse Group AG, Guernsey Branch, which is a branch of Credit Suisse Group, AG, and (3) Credit Suisse Group AG. Credit Suisse AG has publicly registered debt securities and warrants in the United States and elsewhere. Credit Suisse is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Swiss Confederation and whose shares

1

are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange in the form of American Depository Shares.

      3.      There are no other publicly held corporations or other publicly held entities that have a direct financial interest in the outcome of the litigation; and

      4.      SPS is not a trade association.

Dated: November 27, 2019           Respectfully submitted,

/s/ John A. Nader
John A. Nader (VSB No. 73259)
Alfred D. Carry (VSB No. 81360)
McGlinchey Stafford, PLLC
1275 Pennsylvania Ave., N.W., Suite 420
Washington, D.C. 20004
Telephone: (202) 802-9958
Facsimile: (202) 217-2215
jnader@mcglinchey.com
acarry@mcglinchey.com

*Counsel for Defendants,*
*Select Portfolio Servicing, Inc., and*
*DLJ Mortgage Capital, Inc.*

## **CERTIFICATE OF SERVICE**

I, hereby certify that on November 27, 2019, I filed the foregoing Disclosure Statement with the Clerk of the Court using the CM/ECF system, and served a copy of the same on:

George I. Vogel, III, Esq.
Vogel & Cromwell, LLC
204 McClanahan Street
P.O. Box 18188
Roanoke, Virginia 24014

*Counsel for Plaintiff,*
*Mary Beth Trump*

                                           /s/ John A. Nader
                                           John A. Nader