# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**MARY BETH TRUMP**

**vs.**

**SELECT PORTFOLIO SERVICING, INC., ET AL,**

Action No:   7:19CV00793

Date:   12/11/2019

Judge:   Michael F. Urbanski, CUSDJ

Court Reporter:   none

Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)

George Vogel, III

Defendant Attorney(s)

John Nader

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Pltf believes case should be remanded back to state court due to amt in controversy. Dft responds, disagreeing. Argument. Court will enter order sending case back to state court.

Time in Court:   9:30-9:42   12m