CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 11 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARY BETH TRUMP, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:19cv00793 |
| | ) | |
| v. | ) | |
| | ) | By: Michael F. Urbanski |
| SELECT PORTFOLIO SERVICING, | ) | Chief United States District Judge |
| INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter was removed to this court on November 27, 2019 from the Roanoke County Circuit Court, ECF No. 1. The court held a scheduling conference on December 11, 2019. Having reviewed the pleadings and having heard argument, the court finds that it lacks the subject matter jurisdiction necessary to hear this case because the amount in controversy is less than $75,000. 28 U.S.C. § 1332. Accordingly, this case is hereby **REMANDED** to the Circuit Court of Roanoke County, Virginia for further proceedings pursuant to 28 U.S.C. § 1447(c).

It is so **ORDERED**.

Entered: 12/11/19

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge